THE STATE OF IOWA *ex rel.* KINSELLER v. THE CITY OF DAVENPORT.

WRIGHT, J.—This case, in all the principles involved, is substantially like the one immediately preceding, and does

not demand a separate opinion. The clauses demurred to in this case are numbered 12, 13 and 14, and the ruling of the court below, overruling the demurrer to the 12th, is affirmed, and as to the others reversed.